IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMUNITY ASSOCIATION UNDERWRITERS OF AMERICA, INC. a/s/o PARK VIEW AT WAVERLY, A CONDOMINIUM, | : : : |
| Plaintiff | : NO. 1:09-CV-257 : : ELECTRONICALLY FILED : |
| v. | : Honorable Sylvia H. Rambo : |
| RHODES DEVELOPMENT GROUP, INC. a/k/a RHODES DEVELOPMENT CORP. a/k/a R&L CONSTRUCTION COMPANY, ADAMS DRYWALL, PEDRO YAHUITL QUINTERO and ALAN BARB, | : : : : : |
| Defendants | : |

## BRIEF OF DEFENDANT ADAMS DRYWALL IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BASED UPON SPOLIATION OF EVIDENCE

Defendant Adams Drywall adopts verbatim and incorporates herein by reference the arguments set forth in the Brief of Defendant Pedro Quintero in Support of his Motion for Summary Judgment on the issue of spoliation of evidence as filed on November 12, 2010.

THOMAS, THOMAS & HAFER, LLP

/s/ C. Kent Price
C. Kent Price, Esquire
Attorneys for Defendant Adams Drywall

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused a true and correct copy of the foregoing document to be served by the U.S.D.C., Middle District of Pennsylvania, by electronic mail, on the following counsel of record:

Daniel J. de Luca, Esquire
Nelson Levine de Luca & Horst, LLC
518 Township Line Road, Suite 300
Blue Bell, PA  19422

Michael P. Dorsey, Esquire
Rawle & Henderson LLP
The Widener Building
One South Penn Square
Philadelphia, PA  19107

Andrew J. Keenan, Esquire
Law Offices William J. Ferren & Associates
10 Sentry Parkway, Suite 301
Blue Bell, PA  19422

Donald R. Dorer, Esquire
Law Offices of Jacobs & Associates
214 Senate Avenue
Suite 503
Camp Hill, PA  17011

THOMAS, THOMAS & HAFER, LLP

Dated:  November 15, 2010      /s/ C. Kent Price
                               C. Kent Price, Esquire

877872.1